IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 AUG 16  AM 9:32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

ALTON ROBINSON,
      Plaintiff,

-vs-                                              Case No. A-04-CA-371-SS

AETNA LIFE INSURANCE COMPANY,
      Defendant.

## JUDGMENT

BE IT REMEMBERED on the 15th day of August 2006, the Court entered its order granting Plaintiff's Motion for Judgment, and thereafter, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Alton Robinson SHALL TAKE and RECOVER from Defendant Aetna Life Insurance Company ("Aetna") the past benefits owed to him under the Plan, which the Court finds to be $146,508.78 subject to an offset of $33,950.00, for a total of $112,558.78 (One Hundred Twelve Thousand, Five Hundred Fifty-Eight Dollars and Seventy-Eight Cents);

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Aetna shall pay pre-judgment interest at the Texas statutory rate of 8.25% per annum from December 1, 2003 through the date of this judgment;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that post-judgment interest shall accrue at the federal rate of 5.09 % per annum until paid pursuant to 28 U.S.C. § 1961;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall recover his reasonable attorneys fees to be awarded in a separate order;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that, effective this date, Defendant Aetna shall resume payments to Plaintiff Alton Robinson of Long Term Disability benefits under the terms of the Plan and shall continue said payments so long as Robinson remains disabled under the Plan; and

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that all costs of suit are taxed against Defendant Aetna, for which let execution issue.

SIGNED this the 15th day of August 2006.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE